IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

    Plaintiff,        No. CIV S-06-2319 LKK KJM P

    vs.

STEPHEN MAYBERG, et al.,

    Defendants.        <u>ORDER</u>

_____/

    Plaintiff, a California civil detainee proceeding pro se, has filed an action under 42 U.S.C. § 1983 together with a request to proceed in forma pauperis.

    This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

    Because plaintiff's complaint states a valid claim for relief under the Fourteenth Amendment of the United States Constitution, it will be ordered served on defendants. <u>See</u> 28 U.S.C. 1915(e)(2).

/////

1  Plaintiff has filed a motion for preliminary injunction. Because defendants have
2 not yet been served with process, plaintiff's motion will be denied without prejudice to refiling
3 after defendants are served.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. Plaintiff's request for leave to proceed in forma pauperis is granted.
6  2. Service is appropriate for the following defendants: Mayberg, MacSpeiden
7 and Emerick.
8  3. The Clerk of the Court shall send plaintiff three USM-285 forms, one
9 summons, an instruction sheet and a copy of the complaint filed October 20, 2006.
10  4. Within thirty days from the date of this order, plaintiff shall complete the
11 attached Notice of Submission of Documents and submit the following documents to the court:
12  a. The completed Notice of Submission of Documents;
13  b. One completed summons;
14  c. One completed USM-285 form for each defendant listed in number 2
15  above; and
16  d. Three copies of the endorsed complaint filed October 20, 2006.
17  5. Plaintiff need not attempt service on defendants and need not request waiver of
18 service. Upon receipt of the above-described documents, the court will direct the United States
19 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
20 without payment of costs.
21  6. Plaintiff's October 20, 2006 motion for a preliminary injunction is denied.
22 DATED: May 1, 2007.

U.S. MAGISTRATE JUDGE

1
rotr2319.1(10.20.06)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

    Plaintiff,                            No. CIV S-06-2319 LKK KJM P

    vs.

STEPHEN MAYBERG, et al.,          <u>NOTICE OF SUBMISSION</u>

    Defendants.                  <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____
                            Complaint

DATED:

                                        _____
                                        Plaintiff

DATED: