IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

      Plaintiff,                    No. CIV S-06-2319 LKK KJM P

  vs.

STEPHEN MAYBERG, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed May 2, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 7, 2007, plaintiff submitted the USM-285 forms but failed to submit complete copies of the October 20, 2006 complaint.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff a copy of the complaint filed by him on October 20, 2006; and

/////

/////

1

1    2. Within thirty days, plaintiff shall submit to the court four complete copies of
2 his October 20, 2006 complaint.  Failure to return the copies within the specified time period will
3 result in a recommendation that this action be dismissed.
4 DATED: June 14, 2007.

_____
U.S. MAGISTRATE JUDGE

7 1/mp
rotr2319.8f

2