IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

      Plaintiff,                    No. CIV S-06-2319 LKK KJM P

   vs.

STEPHEN MAYBERG, et al.,

      Defendants.               <u>ORDER</u>

                        /

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On September 21, 2007, plaintiff filed a motion for leave to file an amended complaint. Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, plaintiff's request will be granted.

         The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Therefore, the court will order defendants to file a response to plaintiff's amended complaint.

         Plaintiff has filed a motion asking that defendants be held in default. In light of the fact that the court is granting plaintiff's motion for leave to amend and will allow defendants twenty days within which to file their answer, plaintiff's motion for entry of default is moot.

1

1    The court notes that plaintiff has filed a motion for a preliminary injunction. Good cause appearing defendants will be ordered to file response to that motion within twenty days.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint (docket #13) is granted.

2. Defendants shall file their response to plaintiff's amended complaint within twenty days of this order.

3. Plaintiff's request that defendants be held in default (docket #16) is denied.

4. Defendants shall file a response to plaintiff's September 21, 2007 motion for a preliminary injunction within twenty days.  Petitioner may file a reply to defendants' response within twenty days of service of the response.

DATED:  May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

rotr2319.amd