IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

      Plaintiff,                      No. CIV S-06-2319 LKK KJM P

    vs.

STEPHEN MAYBERG, et al.,

      Defendants.          <u>ORDER</u>

                                   /

Defendants have requested an extension of time to file an opposition to plaintiff's motion for preliminary injunction. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time (docket #27) is granted; and

2. Defendants opposition to plaintiff's motion for a preliminary injunction is due on or before June 20, 2008.

DATED: June 16, 2008.

                                                            U.S. MAGISTRATE JUDGE

1/ke
rotr2319.36