1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENIS K. ROTROFF,

11          Plaintiff,                    No. CIV S-06-2319 LKK KJM P

12       vs.

13   STEPHEN MAYBERG, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff has requested an extension of time to file and serve a reply to defendants'

17   opposition to plaintiff's September 21, 2007 motion for preliminary injunction.  Good cause

18   appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (docket no. 32) is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to file and

21   serve a reply to defendants' opposition to plaintiff's motion for preliminary injunction.

22   DATED:  July 18, 2008.

23   _____
     U.S. MAGISTRATE JUDGE
24

25   1/mp
     rotr2319.36(2)
26