IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

      Plaintiff,                    No. CIV S-06-2319 LKK KJM P

    vs.

STEPHEN MAYBERG, et al.,

      Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file and serve a response to defendants' August 26, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (docket no. 37) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: September 19, 2008.

                                       U.S. MAGISTRATE JUDGE

1/mp
rotr2319.36(3)