IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS K. ROTROFF,

        Plaintiff,                   No. CIV S-06-2319 LKK KJM P

    vs.

STEPHEN MAYBERG, et al.,

        Defendants.         <u>ORDER</u>

                            /

        The court notes that plaintiff has not filed an opposition to defendants' pending motion to dismiss. Plaintiff will be given an additional thirty days to file an opposition. If plaintiff fails to file an opposition to the motion to dismiss within thirty days, the court will recommend that this matter be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

/////

/////

/////

/////

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff is granted thirty days within which to file an opposition to defendants'
3    pending motion to dismiss. If plaintiff fails to file an opposition within thirty days, the court will
4    recommend that this action be dismissed; and

5    2. The trial date currently set for December 9, 2008 is vacated, to be reset if
6    necessary after the resolution of the pending motion to dismiss.

7    DATED: November 14, 2008.

                                        _____
                                        U.S. MAGISTRATE JUDGE

1
rotr2319.36(1)