IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS K. ROTROFF,

       Plaintiff,                     No. CIV S-06-2319 LKK KJM P

      vs.

STEPHEN MAYBERG, et al.,

       Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

                            /

       Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On November 14, 2008, the court ordered plaintiff to file an opposition to defendants' motion to dismiss. Plaintiff was warned that failure to file an opposition would result in a recommendation that this matter be dismissed under Federal Rule of Civil Procedure 41(b). Plaintiff has not filed an opposition. Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1  shall be served and filed within ten days after service of the objections.  The parties are advised
2  that failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4  DATED:  January 8, 2009

_____
U.S. MAGISTRATE JUDGE

7  1
   rotr2319.41